Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE PANAMINT VALLEY
5841 Round Mountain Road
Bakersfield, CA 93308;

LITTLE CHIEF MILLSITE PARTNERSHIP
1969 Christine Avenue
Simi Valley, CA 93063;

BRYAN LOLLICH, an individual,
6121 Bow River Drive
Colorado Springs, CO 80918;

        Plaintiffs,

  v.

DIRK KEMPTHORNE, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240;                      Case No. 1:06-cv-01560

UNITED STATES                                    Judge: John D. Bates
DEPARTMENT OF THE INTERIOR
1849 C Street, NW
Washington, DC 20240;

KATHLEEN CLARKE, Director,
Bureau of Land Management
1849 C Street, NW
Washington, DC 20240;

MIKE POOL, Director
California State Bureau of Land Management;
2800 Cottage Way, Suite W-1834
Sacramento, CA 95814-1886;

HECTOR VILLALOBOS, Field Manager
Bureau of Land Management
Ridgecrest Field Office
300 South Richmond Road
Ridgecrest, CA 93555;

THE BUREAU OF LAND MANAGEMENT,
1849 C Street, NW
Washington, DC 20240;

FRAN P. MAINELLA, Director,
National Park Service
1849 C Street, NW
Washington, DC 20240;

JAMES T. REYNOLDS, Superintendent
Death Valley National Park
P.O. Box 579
Death Valley, CA 92328; and,

THE NATIONAL PARK SERVICE,
1849 C Street, NW
Washington, DC 20240;

    Defendants.

### ERRATA TO PLAINTIFFS' COMPLAINT

  COME NOW Plaintiffs, by and through undersigned counsel and hereby submits their errata to Plaintiffs' Complaint for filing with the Court. Paragraphs 25 and 26 of Plaintiffs' Complaint are changed from the original Complaint thus the pagination of the remainder of the document has also changed.

  All Defendants have been served with the changed pages of the Complaint via first class U.S. Mail.

The changed pages of the Complaint are attached to this Errata.

DATED this 26th day of September, 2006.

                          /s/ Karen Budd-Falen
                          Karen Budd-Falen
                          BUDD-FALEN LAW OFFICES, LLC
                          300 E. 18th Street
                          Post Office Box 346
                          Cheyenne, Wyoming 82003-0346
                          (307) 632-5105 Telephone
                          (307) 637-3891 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 26th day of September, 2006 a true and correct copy of the foregoing has been electronically filed with the Court and this document and pages 9 through 33 of the Complaint has been sent via first class U.S. mail to the following:

Dirk Kempthorne
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Kathleen Clarke, Director
Bureau of Land Management
1849 C Street, NW
Washington, DC 20240

Hector Villalobos, Field Manager
Bureau of Land Management
Ridgecrest Field Office
300 East Richmond Road
Ridgecrest, CA 93555

Fran P. Mainella, Director
National Park Service
1849 C Street, NW
Washington, DC 20240

The National Park Service
1849 C Street, NW
Washington, DC 20240

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Mike Pool, Director
California State Bureau of Land Management
2800 Cottage Way, Suite W-1834
Sacramento, CA 95814-1886

The Bureau of Land Management
1849 C Street, NW
Washington, DC 20240

James T. Reynolds, Superintendent
Death Valley National Park
P.O. Box 579
Death Valley, CA 92328

/s/ Nancy E. Carlisle
Nancy E. Carlisle