# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIRK KEMPTHORNE, et al.<br><br>　　　　Defendants. | Case No. 06-cv-01560 JDB |

_____

## Notice of Filing Proofs of Service
## of Summons and Complaint Upon Defendants
_____

COMES NOW Plaintiffs, by and through their undersigned counsel, and here by gives notice that the Summons and Complaint has been served upon each of the above-referenced defendants (certified mail/return receipts are attached).

Respectfully submitted this 3rd day of October, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Karen Budd-Falen
　　　　　　　　　　　　　　　　　　　　Karen Budd-Falen
　　　　　　　　　　　　　　　　　　　　BUDD-FALEN LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　P.O. Box 346, 300 E. 18th Street
　　　　　　　　　　　　　　　　　　　　Cheyenne, WY 82003
　　　　　　　　　　　　　　　　　　　　(307) 632-5105
　　　　　　　　　　　　　　　　　　　　(307) 637-3891 (Facsimile)
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*