**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0001 7756 1698

Sent To: National Park Svc - Washington DC

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The National Park Service
   1849 C Street, NW
   Washington DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]           ☐ Agent
                           ☒ Addressee

B. Received by (Printed Name): Gregory J. Hindsley
C. Date of Delivery: 9/13/06

D. Is delivery address different from item 1?   ☐ Yes   ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 2390 0001 7756 1698

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7005 0390 0001 7756 1681

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Postmark Here
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: James T. Reynolds - Death Valley
Street, Apt. No.; or PO Box No. Nat'l. Park
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James T. Reynolds
Superintendent
Death Valley National Park
PO Box 579
Death Valley, CA 92328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Roxanne Zirkle   9-19-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)  7005 0390 0001 7756 1681

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7005 0390 0001 7756 1674

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To  Fran P. Mainella-NPS
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fran P. Mainella, Director
National Park Service
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gregory J. Hindsley_  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Gregory J. Hindsley
C. Date of Delivery: 9/13/06

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 7756 1674

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 0390 0001 7756 1667

OFFICIAL USE

- Postage: $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees: $

Postmark Here

Sent To: BLM
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bureau of Land Management
    1849 C Street, NW
    Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Peggy Beitell_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): P. Beitell
C. Date of Delivery: 9-14-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 7756 1667

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0001 7756 1650

Sent To: Hector Villalobos, Ridgecrest BLM

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hector Villalobos, Field Manager
   Bureau of Land Management
   Ridgecrest Field Office
   300 South Richmond Road
   Ridgecrest, CA 93555

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Patsy Eisenhauer — ☑ Agent ☐ Addressee
B. Received by (Printed Name): Patsy Eisenhauer
C. Date of Delivery: 9/11/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 7756 1650

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0001 7756 1643

Sent To: Mike Pool - CA St. BLM

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Pool, Director
CA State BLM
2800 Cottage Way
Suite W-1834
Sacramento, CA 95814-1886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 9/11/6
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 7756 1643

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Kathleen Clarke, BLM
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7005 0390 0001 7756 1636

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): B. Bertell
C. Date of Delivery: 9-19-06

1. Article Addressed to:
Kathleen Clarke, Director
Bureau of Land Management
1849 C Street, NW
Washington DC 20240

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0390 0001 7756 1636

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 0390 0001 7756 1629

Sent To: US DoT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Dept of the Interior
   1849 C Street, NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X JBMurray — ☒ Agent ☐ Addressee
B. Received by (Printed Name): PBMURRY
C. Date of Delivery: 9/13/06
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 7756 1629

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

