IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY; LITTLE CHIEF MILLSITE PARTNERSHIP; and BRIAN LOLLICH,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; KATHLEEN CLARKE, in her official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as Director of the California State Bureau of Land Management; HECTOR VILLALOBOS, in his official capacity as Field Manager of the Bureau of Land Management Ridgecrest Field Office; BUREAU OF LAND MANAGEMENT; FRAN P. MAINELLA, in her official capacity as Director of the National Park Service; JAMES T. REYNOLDS, in his official capacity as Superintendent of the Death Valley National Park; and NATIONAL PARK SERVICE,<br><br>Defendants. | Case No. 1:06cv1560 (JDB)<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

　　Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, Dirk Kempthorne, in his official capacity as Secretary of the Department of the Interior, the United States Department of the Interior, Kathleen Clarke, in her official capacity as Director of the Bureau of Land Management ("BLM"), Mike Pool, in his official capacity as Director of the California State BLM, Hector Villalobos, in his official capacity as Field Manager of the BLM Ridgecrest Field Office, the BLM, Fran P. Mainella, in her official capacity as Director of the National Park

Service, James T. Reynolds, in his official capacity as Superintendent of the Death Valley National Park, and the National Park Service (Collectively "Federal Defendants"), hereby request a 28-day enlargement of time, to and including December 11, 2006, in which to respond to Plaintiffs' Complaint. Plaintiffs' Complaint was served on the United States Attorney on September 14, 2006, and, under F.R.Civ.P. 12(a)(3), Federal Defendants' response is due on November 13, 2006.

The extension is necessary because the undersigned counsel has a number of competing deadlines in other districts, including a motion for summary judgment in the Western District of Washington due on November 9, an opposition to a fees application in the Central District of California due on November 28, and a reply brief in support of a motion to dismiss in the District of Montana due on December 1. This series of briefs and other competing obligations will consume the counsel's time until the first week of December. No previous extensions of time have been requested in this matter. The undersigned counsel has consulted with counsel for the Plaintiffs who does not oppose this motion.

WHEREFORE, Federal Defendants respectfully request a 28-day enlargement of time in which to file a response to the Complaint, to and including December 11, 2006.

Respectfully submitted this 9th day of November, 2006,

> SUE ELLEN WOOLDRIDGE
> Assistant Attorney General
> Environment and Natural Resources Division
>
> /s/ Guillermo A. Montero
> GUILLERMO A. MONTERO
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> (ph)(202) 305-0443/(fax)(202) 305-0274