# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY; ) <br> LITTLE CHIEF MILLSITE PARTNERSHIP; and ) <br> BRIAN LOLLICH ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, in his official capacity as ) <br> Secretary of the Department of the Interior; ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR; KATHLEEN CLARKE, in her official ) <br> capacity as Director of the Bureau of Land ) <br> Management; MIKE POOL, in his official capacity ) <br> as Director of the California State Bureau of Land ) <br> Management; HECTOR VILLALOBOS, in his ) <br> official capacity as Field Manager of the Bureau ) <br> of Land Management Ridgecrest Field Office; ) <br> BUREAU OF LAND MANAGEMENT; FRAN ) <br> P. MAINELLA, in her official capacity as Director ) <br> of the National Park Service; JAMES T. ) <br> REYNOLDS, in his official capacity as ) <br> Superintendent of the Death Valley National Park; ) <br> and NATIONAL PARK SERVICE, ) <br> ) <br> Defendants. ) | Case No. 1:06cv1560 (JDB) <br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on the unopposed motion of the Defendants, and the Court finding good cause therefore,

IT IS HEREBY ORDERED that Federal Defendants are granted a 28-day enlargement of time in which to file a response to the Complaint, to and including December 11, 2006.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE