FRIENDS OF THE PANAMINT VALLEY, *et al.*,
Plaintiffs,
v.
Dirk Kempthorne, *et al.*,
Defendants,
and
National Parks Conservation Association, *et al.*
Proposed Defendant-Intervenors

Civ. No. 1:06CV1560 (JBD)

# EXHIBIT 14

# Welcome to FOPV.org!



Surprise Canyon road was closed in May 2001 as the result of a lawsuit filed by extreme environmental groups against the BLM. The lawsuit settlement did provide a provision for private inholders to be exempt from the closure. This exemption has prompted over 80 people to purchase land in Panamint City and request access to their property. It was through this process that Friends of Panamint Valley was born. FOPV now has over 80 members, including landowners, politicians and people who love Panamint Valley.



**Our Mission:**

Friends of Panamint Valley is a nonprofit organization formed to educate and support public efforts to enjoy the unique history, and maintain legal motorized access to points of interest, within the Panamint Valley area.
© 2006 - Friends of Panamint Valley
Designed by: Aholics.com