## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*,    ) | |
|                             ) | |
|       Plaintiffs,             ) | **Civ. No. 1:06cv1560 (JDB)** |

Friends of the Panamint Valley, *et al.*,   )
                                )
       Plaintiffs,          )     **Civ. No. 1:06cv1560 (JDB)**
                                )
v.                              )
                                )
Dirk Kempthorne *et al.*,   )
                                )
      Defendants, and   )
                                )
National Parks Conservation Association )
     *et al.*,   )
                                )
      Proposed Defendant-Intervenors   )
_____)

## PROPOSED DEFENDANT-INTERVENORS' MOTION TO PERMIT
## MCCRYSTIE ADAMS TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(c) & (d), Proposed Defendant-Intervenors National Parks

Conservation Association, *et al*. respectfully move that McCrystie Adams be permitted to appear

and participate before this Court as counsel on their behalf for all purposes in this case.  This

motion is based upon the attached Submission of McCrystie Adams.

Dated:  November 8th, 2006.

                                 Respectfully submitted,

                                 /s/ James S. Angell_____
                                 James S. Angell, DC Bar # 460285
                                 Earthjustice
                                 1400 Glenarm Place, # 300
                                 Denver, CO  80202
                                 Telephone:  303-623-9466

                                 Attorney for proposed Defendant-Intervenors

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Friends of the Panamint Valley, *et al.*,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　)　　**Civ. No. 1:06cv1560 (JDB)**
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Dirk Kempthorne *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants, and.　　　　　)
　　　　　　　　　　　　　　　　　　)
National Parks Conservation Association　)
　　　　　*et al.*,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Proposed Defendant-Intervenors　)
_____)

## SUBMISSION OF MCCRYSTIE ADAMS
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(c) & (d), I, McCrystie Adams, submit the following in support of

Defendant-Intervenors' motion that I be permitted to appear *pro hac vice* on Defendant-

Intervenors' behalf for all purposes in this case:

1.　　　My name is McCrystie Adams.

2.　　　My office address and telephone number are:

　　　　Earthjustice
　　　　1400 Glenarm Place, Suite 300
　　　　Denver, CO  80202
　　　　Telephone:  (303) 623-9466

3.　　　I am admitted to and am a member in good standing of the following bar:

　　　　State of Colorado

4.　　　I have not been disciplined by any bar.

5.　　　 I have been admitted *pro hac vice* in this Court within the last two years on two
　　　　occasion, in the matter of *Colorado River Cutthroat Trout, et al. v. Dirk Kempthorne, et*

1

*al.*, Civ. No. 1:00CV02497-PLF, and in the matter of *New Mexico Wilderness Alliance et al. v. U.S. Bureau of Land Management, et al.,* Civ. No. 04CV2107-EGS.

6.    I do not engage in the practice of law from any office located in the District of Columbia.

Dated: November 8th, 2006.

Respectfully submitted,

McCrystie Adams
Colorado Bar # 034121
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone:  (303) 623-9466

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of November 2006, I served a true and exact copy of PROPOSED DEFENDANT-INTERVENORS' MOTION TO PERMIT MCCRYSTIE ADAMS TO APPEAR *PRO HAC VICE*, together with SUBMISSION OF MCCRYSTIE ADAMS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE,* and a proposed ORDER, on CD and hard copy via first-class pre-paid U.S. Mail to the following:

Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
karen@buddfalen.com
     *Attorney for Plaintiffs*

Guillermo Montero
U.S. Department of Justice, Natural Resources Division
601 D Street, N.W., Room 3529
Washington, D.C. 20004
TEL: (202) 305-0443
FAX: (202) 305-0274
Guillermo.Montero@usdoj.gov
     *Attorney for Defendants*


                                                              <u>s/Lynda Lovett</u>