IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne *et al*., ) | |
| ) | |
| Defendants, and. ) | |
| ) | |
| National Parks Conservation Association ) | |
| *et al.*, ) | |
| ) | |
| Proposed Defendant-Intervenors ) | |
| _____) | |

**PROPOSED DEFENDANT-INTERVENORS' MOTION TO PERMIT
EDWARD B. ZUKOSKI TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(c) & (d), Defendant-Intervenors National Parks Conservation Association, *et al*. respectfully move that Edward B. Zukoski be permitted to appear and participate before this Court as counsel on their behalf for all purposes in this case. This motion is based upon the attached Submission of Edward B. Zukoski.

Dated:  November 8th, 2006.

                                                Respectfully submitted,

                                                 /s/ James S. Angell_____
                                                James S. Angell, DC Bar # 460285
                                                Earthjustice
                                                1400 Glenarm Place, # 300
                                                Denver, CO  80202
                                                Telephone:  303-623-9466

                                                Attorney for Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne *et al.*, ) | |
| ) | |
| Defendants, and. ) | |
| ) | |
| National Parks Conservation Association ) | |
| *et al.*, ) | |
| ) | |
| Proposed Defendant-Intervenors ) | |
| _____) | |

**SUBMISSION OF EDWARD B. ZUKOSKI
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Pursuant to LCvR 83.2(c) & (d), I, Edward B. Zukoski, submit the following in support of Defendant-Intervenors' motion that I be permitted to appear *pro hac vice* on Defendant-Intervenors' behalf for all purposes in this case:

1. My full name is Edward Breckenridge Zukoski.

2. My office address and telephone number are:

   Earthjustice
   1400 Glenarm Place, Suite 300
   Denver, CO  80202
   Telephone:  (303) 623-9466

3. I am admitted to and am a member in good standing of the following bars:

   State of Colorado
   State of Maryland

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

1

6.   I do not engage in the practice of law from any office located in the District of Columbia.

Dated: November 8th, 2006.

Respectfully submitted,

Edward B. Zukoski
Colorado Bar # 026352
Maryland Bar # 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
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Telephone: (303) 623-9466

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of November 2006, I served a true and exact copy of PROPOSED DEFENDANT-INTERVENORS' MOTION TO PERMIT EDWARD B. ZUKOSKI TO APPEAR *PRO HAC VICE*, together with SUBMISSION OF EDWARD B. ZUKOSKI IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE,* and a proposed ORDER, on CD and hard copy via first-class pre-paid U.S. Mail to the following:

Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
karen@buddfalen.com
      *Attorney for Plaintiffs*

Guillermo Montero
U.S. Department of Justice, Natural Resources Division
601 D Street, N.W., Room 3529
Washington, D.C. 20004
TEL: (202) 305-0443
FAX: (202) 305-0274
Guillermo.Montero@usdoj.gov
      *Attorney for Defendants*

                                                s/Lynda Lovett