# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Friends of the Panamint Valley, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **Civ. No. 1:06cv1560 (JDB)** |
| ) | |
| v. ) | |
| ) | |
| Dirk Kempthorne *et al.*, ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| National Parks Conservation Association ) | |
| *et al.*, ) | |
| ) | |
| Proposed Defendant-Intervenors ) | |
| _____) | |

**ORDER GRANTING PROPOSED DEFENDANT-INTERVENORS' MOTION TO PERMIT EDWARD B. ZUKOSKI TO APPEAR *PRO HAC VICE***

Upon consideration of Proposed Defendant-Intervenors' Motion to Permit Edward B. Zukoski to Appear *Pro Hac Vice* on their behalf for all purposes in this case, and the Court being fully advised in the premises, it is hereby ORDERED that said motion is granted.

Dated: _____

_____
United States District Judge