IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY; LITTLE CHIEF MILLSITE PARTNERSHIP; and BRIAN LOLLICH,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; KATHLEEN CLARKE, in her official capacity as Director of the Bureau of Land Management; MIKE POOL, in his official capacity as Director of the California State Bureau of Land Management; HECTOR VILLALOBOS, in his official capacity as Field Manager of the Bureau of Land Management Ridgecrest Field Office; BUREAU OF LAND MANAGEMENT; FRAN P. MAINELLA, in her official capacity as Director of the National Park Service; JAMES T. REYNOLDS, in his official capacity as Superintendent of the Death Valley National Park; and NATIONAL PARK SERVICE,<br><br>        Defendants. | Case No. 1:06cv1560 (JDB)<br><br>**FEDERAL DEFENDANTS' AND PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO INTERVENE** |

      Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, Dirk Kempthorne, in his official capacity as Secretary of the Department of the Interior, the United States Department of the Interior, Kathleen Clarke, in her official capacity as Director of the Bureau of Land Management ("BLM"), Mike Pool, in his official capacity as Director of the California State BLM, Hector Villalobos, in his official capacity as Field Manager of the BLM Ridgecrest Field Office, the BLM, Fran P. Mainella, in her official capacity as Director of the National Park

Service, James T. Reynolds, in his official capacity as Superintendent of the Death Valley National Park, and the National Park Service (Collectively "Federal Defendants"), and Friends of the Panamint Valley, Little Chief Millsite Partnership, and Bryan Lollich (Collectively "Plaintiffs") hereby request a 12-day enlargement of time, to and including December 11, 2006, in which to respond to the National Parks Conservation Association's ("NPCA") motion for leave to intervene as defendants. NPCA's motion was served on November 15, 2006 through the Court's ECF system. Under LCvR 7(b) and F.R.Civ.P. 6(a), (e), Federal Defendants' and Plaintiffs' opposition is currently due on November 29, 2006.

     The extension is necessary for Federal Defendants because the undersigned counsel has a number of competing deadlines in several districts, including an opposition to a fees application in the Central District of California due on November 28, a reply brief in support of a motion to dismiss in the District of Montana due on December 1, and Defendants' response to the Complaint in the instant case due on December 11. These briefs and other competing obligations will consume the counsel's time until the first week of December. The undersigned counsel has consulted with opposing counsel and counsel for NPCA, neither of which oppose this motion.

     In addition, the Plaintiffs request an extension of time so that their opposition brief may also be filed on December 11. Neither the undersigned counsel nor counsel for NPCA oppose that extension. Counsel for Plaintiffs has reviewed this motion and authorizes the undersigned counsel to file it on Plaintiffs' behalf.

WHEREFORE, Federal Defendants respectfully request a 12-day enlargement of time in which to file a response to the NPCA's motion to intervene as defendant, to and including December 11, 2006.

Respectfully submitted this 21st day of November, 2006,

                        SUE ELLEN WOOLDRIDGE
                        Assistant Attorney General
                        Environment and Natural Resources Division

                        /s/ Guillermo A. Montero
                        GUILLERMO A. MONTERO
                        Trial Attorney
                        United States Department of Justice
                        Environment & Natural Resources Division
                        Natural Resources Section
                        P.O. Box 663
                        Washington, D.C. 20044-0663
                        (ph)(202) 305-0443/(fax)(202) 305-0274