# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY; ) <br> LITTLE CHIEF MILLSITE PARTNERSHIP; and ) <br> BRIAN LOLLICH ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, in his official capacity as ) <br> Secretary of the Department of the Interior; ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR; KATHLEEN CLARKE, in her official ) <br> capacity as Director of the Bureau of Land ) <br> Management; MIKE POOL, in his official capacity ) <br> as Director of the California State Bureau of Land ) <br> Management; HECTOR VILLALOBOS, in his ) <br> official capacity as Field Manager of the Bureau ) <br> of Land Management Ridgecrest Field Office; ) <br> BUREAU OF LAND MANAGEMENT; FRAN ) <br> P. MAINELLA, in her official capacity as Director ) <br> of the National Park Service; JAMES T. ) <br> REYNOLDS, in his official capacity as ) <br> Superintendent of the Death Valley National Park; ) <br> and NATIONAL PARK SERVICE, ) <br> ) <br>       Defendants. ) <br> ) | Case No. 1:06cv1560 (JDB) <br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' AND PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO INTERVENE** |

THIS MATTER having come before the Court on the unopposed motion of the Defendants, and the Court finding good cause therefore,

IT IS HEREBY ORDERED that Federal Defendants and Plaintiffs are granted a 12-day enlargement of time in which to file a response to the NPCA's motion to intervene as defendant, to and including December 11, 2006.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE