IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al. ) ) ) Plaintiffs, ) ) v. ) ) ) DIRK KEMPTHORNE, et al. ) ) Defendants. ) ) | Case No. 1:06cv1560 (JDB) **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO TRANSFER THE CASE** |

**THIS MATTER** comes before the Court on Federal Defendants' Motion to Transfer the Case or, in the Alternative, to Dismiss Plaintiffs' First and Third Claims for Relief. This Court, having been fully advised, hereby **ORDERS** that the case is transferred to the Eastern District of California.


SIGNED, this _____ day of _____, 2006


_____

HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE