## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al. ) | Case No. 1:06cv1560 (JDB) |
| Plaintiffs, ) | **ALTERNATIVE [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AND THIRD CLAIMS FOR RELIEF** |
| v. ) |  |
| DIRK KEMPTHORNE, et al. ) |  |
| Defendants. ) |  |

**THIS MATTER** comes before the Court on Federal Defendants' Motion to Transfer the Case or, in the Alternative, to Dismiss Plaintiffs' First and Third Claims for Relief. This Court, having been fully advised, hereby **ORDERS** that Plaintiffs' First and Third Claims for Relief are dismissed for improper venue.

SIGNED, this _____ day of _____, 2006

_____
HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE