IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.<br><br>Defendants. | Case No. 1:06cv1560 (JDB)<br><br>**STIPULATION TO STAY BRIEFING DEADLINES FOR MOTION TO INTERVENE PENDING A DECISION ON FEDERAL DEFENDANTS' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO DISMISS** |

Plaintiffs, Friends of the Panamint Valley, et al. (Collectively "Plaintiffs"), Federal Defendants Dirk Kempthorne, et al. (Collectively "Defendants"), and National Parks Conservation Association, et al. (Collectively "NPCA"), stipulate to stay all briefing deadlines corresponding to NPCA's motion for leave to intervene as defendants as set forth below.

## RECITALS

WHEREAS, on August 5, 2006, Plaintiffs filed a complaint in the above captioned case;

WHEREAS, on November 8, 2006, NPCA filed their *Motion of National Parks Conservation Association et al. for Leave to Intervene as Defendants*;

WHEREAS, Defendants and Plaintiffs both indicated pursuant to Local Rule 7(m) that they would oppose the motion;

WHEREAS, Defendants and Plaintiffs sought, and were granted, an enlargement of time in which to file their opposition to NPCA's motion to intervene, to and including December 11, 2006;

WHEREAS, Defendants have indicated that they will file a motion to transfer the case to the Eastern District of California or, in the alternative, to dismiss the First and Third Claims for Relief;

**THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

All deadlines concerning NPCA's motion for leave to intervene as defendants in the above captioned litigation shall be stayed pending the Court's decision on the concurrently filed motion to transfer the case.

Counsel for the Plaintiffs and NPCA have reviewed the foregoing and have authorized the undersigned counsel to sign on behalf of all of the parties.

Respectfully submitted this 7th day of December, 2006,

>SUE ELLEN WOOLDRIDGE
>Assistant Attorney General
>Environment and Natural Resources Division
>
>/s/ Guillermo A. Montero
>GUILLERMO A. MONTERO
>Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>(ph)(202) 305-0443/(fax)(202) 305-0274