**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al. ) | Case No. 1:06cv1560 (JDB) |
| Plaintiffs, ) | **[PROPOSED] ORDER** |
| v. ) |   |
| DIRK KEMPTHORNE, et al. ) |   |
| Defendants. ) |   |

**THIS MATTER** comes before the Court on the Parties' Stipulation to stay all briefing deadlines corresponding to National Parks Conservation Association's motion for leave to intervene as defendants. This Court, having been fully advised, hereby **ORDERS** that the case is stayed pending a decision on Federal Defendants' motion to transfer or, in the alternative, to dismiss for improper venue.

SIGNED, this _____ day of _____, 2006

_____
HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE