Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FRIENDS OF THE PANAMINT VALLEY,
et al.,

       Plaintiffs,

v.                                                              Case No. 1:06cv01560
                                                        Judge: John D. Bates

DIRK KEMPTHORNE, et al.,

       Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER**

COME NOW, the Plaintiffs, by and through their undersigned attorney, Karen Budd-Falen of the Budd–Falen Law Offices, LLC, and hereby move the Court for an Order extending the deadline for the submission of Plaintiffs' Response to Defendants' Motion to Transfer. Plaintiffs' attorneys consulted with the attorney for the Defendants, Guillermo Montero, on December 8, 2006, and he does not oppose this motion. As good cause therefore, Plaintiffs submit the following:

    1.    Under this Court's Local Rules, Plaintiffs would be required to submit their Response to Defendants' Motion to Transfer on or before December 18, 2006.

2. Unfortunately, Karen Budd-Falen will be out of the office for substantial portions of the upcoming three weeks.

3. Thus, Plaintiffs propose, and Defendants do not oppose, an extension of the deadline for submission of the Plaintiffs' Response to Defendants' Motion to Transfer through and including January 12, 2007.

4. Plaintiffs agree that the extension of this deadline will have no effect on the Stipulation to Stay Briefing Deadlines for Motion to Intervene Pending a Decision on Federal Defendants' Motion to Transfer or, in the Alternative, to Dismiss.

RESPECTFULLY SUBMITTED this 11th day of December, 2006.

      /s/ Karen Budd-Falen
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming  82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile