Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al., | Case No. 1:06-cv-01560 |
| Plaintiffs, | Judge: John D. Bates |
| v. | **PLAINTIFFS' NOTICE OF DISMISSAL OF THEIR FOURTH CAUSE OF ACTION** |
| DIRK KEMPTHORNE, et al., | |
| Defendants. | |

COME NOW, the Plaintiffs, by and through their undersigned attorney, Karen Budd-Falen of the Budd-Falen Law Offices, LLC, and hereby notify the Court, the Defendants, and the Proposed-Intervenors that they are voluntarily dismissing their fourth cause of action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Plaintiffs have contacted Defendants' counsel Guillermo Montero regarding this Motion. Defendants will not oppose this withdrawal.

Plaintiffs filed a Complaint in this Court on August 5, 2006. That Complaint contained four causes of action, brought pursuant to the Quiet Title Act, 28 U.S.C. § 1346(f) and 2409a; the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a); 28 U.S.C. § 1361; and the Administrative Procedures Act ("APA"), specifically 5 U.S.C. § 706(1). Defendants were properly served with the Plaintiffs' Complaint. However, none of the Defendants to this lawsuit have filed an answer or a motion for summary judgment in this case. See Fed.

R. Civ. P. 41(a)(1)(I). Further, the Defendants' filing of a Motion to Dismiss under Fed. R. Civ. P. 12(b) on December 7, 2006 does not affect the Plaintiffs' right to a voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(I). See <u>Aamot v. Kassel</u>, 1 F.3d 441, 444 (6th Cir. 1993); 9 Wright & Miller § 2363.

  Plaintiffs file this notice of dismissal with the intention of dismissing this cause of action under Fed. R. Civ. P. 41(a)(1)(I) without prejudice to refiling.

  RESPECTFULLY SUBMITTED this 10th day of January, 2007.

/s/ Karen Budd-Falen
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming  82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
