Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE PANAMINT VALLEY, et al., | Case No. 1:06-cv-01560 |
| Plaintiffs, | Judge: John D. Bates |
| v. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TRANSFER** |
| DIRK KEMPTHORNE, et al., | |
| Defendants. | |

COME NOW, the Plaintiffs, by and through their undersigned attorney, Karen Budd-Falen of the Budd-Falen Law Offices, LLC, and hereby respond to the Federal Defendants' Motion to Transfer the Case, or, in the Alternative, to Dismiss Plaintiffs' First and Third Claims for Relief. Plaintiffs do not oppose the Defendants' Motion to Transfer all causes of action related to claims pursuant to Revised Statute 2477 ("R.S. 2477"), including the Plaintiffs' First through Third causes of action. Further, as Plaintiffs are concurrently filing a Notice of Dismissal of Their Fourth Cause of Action, the Defendants' Motion to Transfer as to the Fourth cause of action is now moot.

//

//

//

//

RESPECTFULLY SUBMITTED this 10th day of January, 2007.

/s/ Karen Budd-Falen
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming  82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile