UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIENDS OF PANAMINT VALLEY, et al.,

    Plaintiffs,

    v.

KEMPTHORNE, et al.,

    Defendants.

Civil Action No. 06-1560 (JDB)

## ORDER

    Defendants have filed an unopposed motion to transfer this case to the United States District Court for the Eastern District of California. Pursuant to 28 U.S.C. § 1406(a), the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Plaintiffs' first cause of action seeks to quiet title to lands within the Eastern District of California under the Quiet Title Act, 28 U.S.C. §§ 1346(f), 2409(a). See Compl. ¶¶ 5, 96-104. Under 28 U.S.C. § 1402(d), "[a]ny civil action under section 2409(a) to quiet title to an estate or interest in real property in which an interest is claimed by the United States shall be brought in the district court of the district where the property is located." Plaintiffs are therefore required to bring this cause of action in the Eastern District of California.

    This Court also has the discretion pursuant to 28 U.S.C. § 1404(a) to transfer any civil action "to any other district or division where it might have been brought" for "the convenience

-1-

of parties and witnesses, in the interest of justice."  Plaintiffs' second and third causes of action could have been brought in the Eastern District of California, where several of the defendants reside and where a substantial part of the events or omissions giving rise to the plaintiffs' claims occurred.  See 28 U.S.C. § 1391(e).

Upon consideration of the defendants' motion and supporting memorandum, the plaintiffs' lack of opposition, and the entire record herein, it is this 5th day of February, 2006, hereby

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that this action shall be **TRANSFERRED** to the United States District Court for the Eastern District of California.

    /s/ John D. Bates
JOHN D. BATES
United States District Judge